| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW MEXICO<br>ALBUQUERQUE DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Roy E. Pogue Wholesale, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **85-3399070** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**22 N. First Street**<br>**Clayton, NM**<br>ZIP CODE **88415** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Union** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**              THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Roy E. Pogue Wholesale, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed:<br>None | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>None | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X_____
                                              Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Roy E. Pogue Wholesale, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br><br>X_____<br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X_____<br>**Chris W. Pierce**     Bar No. **2089**<br><br>Hunt & Davis, P.C. Attorneys at Law<br>2632 Mesilla St. NE<br>Albuquerque, NM 87110<br><br>Phone No. **(505) 881-3191**     Fax No. **(505) 881-4255**<br><br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>**Roy E. Pogue Wholesale, Inc.**<br><br>X *(signed) George Lookingbill*<br>Signature of Authorized Individual<br><br>**George Lookingbill**<br>Printed Name of Authorized Individual<br><br>**Member of Debtor Corporation**<br>Title of Authorized Individual<br><br>**8-19-2011**<br>Date | Address<br>X_____<br><br>_____<br>Date<br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

1450 KLMX
PO Box 547
Clayton, NM 88415-0547

Baja
PO Box 660664
Dallas, TX 75266-0664

Davidson Oil & Flying Star Tran
c/o Tim Newsom, Esq.
Lovell Lovell Newsom & Isern LL
112 West 8th Ave, Ste. 1000
Amarillo, TX 79101

A to Z Tire
413 NW 2nd
Amarillo, TX 79107

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Discover Card
PO Box 30423
Salt Lake City, UT 84130-0423

A-1 Parts Center
102 N. 1st St
Clayton, NM 88415

Bank of America Business Card
PO Box 15710
Wilmington, DE 19886-5710

Duckwall
112 Main
Clayton, NM 88415

Advanta
PO Box 9217
Old Bethpage, NY 11804-9217

Beck & Cooper
PO Box 572
Clayton, NM 88415

Duke City Distributing Co. Inc.
c/o James Burns, Esq.
Albuquerque Business Law Inc.
1803 Rio Grande NW, Ste. B
Albuquerque, NM 87104

Alsup Law Office
Attn: Gary Alsup
PO Box 518
Clayton, NM 88415

BNSF Railway Co
PO Box 676160
Dallas, TX 75267-6160

Dunn & Bradstreet
75 Remittance Drive, Ste. 1793
Chicago, IL 60675-1793

Amarillo Auto Supply & Off Road
3601 Amarillo Blvd E.
Amarillo, TX 79107

Capital One Bank
PO Box 60599
City of Industry, CA 91716-0599

Elmer Smith Oil Company
PO Box 1719
Clinton, OK 73601

America Express Travel Svc
c/o Bryan W. Thomason Esq.
111 Lomas Blvd NW, Ste. 502
Albuquerque, NM 87102

Chris W. Johnson, CPA
PO Box 561
Clayton, NM 88415

Emery Welding Service & Supply
PO Box 1
80 N Hwy 87
Clayton, NM 88415

American Express
c/o Parnell & Crum, P.A.
P.O. Box 2189
Montgomery, AL 36102

City of Clayton
1 Chestnut Street
Clayton, NM 88415

ENMR Plateau Telecommunications
PO Box 9000
Clovis, NM 88102-9090

American Tire Distributors
PO Box 600000
San Francisco, CA 94160-0001

Claycomb Electric Art
PO Box 671
Clayton, NM 88415

Farmers & Stockmens Bank
PO Box 488
Clayton, NM 88415

Aspen Publishers Inc.
4829 Innovation Way
Chicago, IL 60682-0048

Coca-Cola Enterprises Inc. N.TX
PO Box 840232
Dallas, TX 75284-0232

Federated Insurance
PO Box 328
Owatonna, MN 55060

Figis Inc
3200 S Maple Ave
Marshfield WI 54449-0000

NFIB
53 Century Blvd, Ste. 250
Nashville, TN 37214

Robbie Enterprises
12708 Milwaukee Ave
Lubbock, TX 79424

First Data
5565 Glenridge Connector NE, St
Atlanta, GA 30342

NM Dept of Workforce Solutions
401 Broadway NE
Albuquerque, NM 87103

SPC Office Products
PO Box 39
Guymon, OK 73942

Gold Supplies Inc.
PO Box 221966
W. Palm Beach, FL 33422

NM Gas
PO Box 27839
Albuquerque, NM 87125

Stansbury Equipment Co.
8146 Triangle Drive
Amarillo, TX 79107

Hesselbein Tire
3003 NE Loop 289
Lubbock, TX 79403

PERS
PO Box 1560
Ogden, UT 84402-1560

Tank Owner Members Ins Co
1600 W. Seventh Street
Fort Worth, TX 76102

Hills Petroleum
6291 Ralston Rd
Arvada, CO 80002

Pitney Bowes
1 Elmcroft Rd
Stamford, CT 06926

The Local Pages
4910 Amelia Earnhart Drive
Salt Lake City, UT 84116

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIO
PO BOX 21126
PHILADELPHIA, PA 19114-0326

The Safety Institute
PO Box 310
Alamogordo, NM 88311

Isaacs Hardware
Drawer J
Clayton, NM 88415

PNM
51 Santa Fe Dr
Clayton, NM 88415

Town of Clayton
1 Chestnut Street
Clayton, NM 88415

New Mexico Environment Dept
Petroleum Storage Tank Bureau
1301 Siler Rd, Bldg B
Santa Fe, NM 87507

Pro Consulting Services Inc.
c/o Collection Division
PO Box 66510
Houston, TX 77266-6510

Unifirst - Amarillo
c/o Richard T. Avis, Esq.
PO Box 1008
Arlington Heights, IL 60006

Progressive Business Publicatio
PO Box 3019
Malvern, PA 19355

Unifirst Corp
2321 Westgate Plaza
Clovis, NM 88101

New Mexico Taxation & Revenue D
PO Box 8575
Albuquerque, NM 87198-8575

Readers Digest
750 Third Ave
NY, NY 10017

Union County Leader
PO Box 486
Clayton, NM 88415

```
Wells Fargo
PO Box 54349
Los Angeles, CA 90054-0349


Western Marketing Inc.
PO Box 677422
Dallas, TX 75267-7422
```